Andrew G. Deiss (USB No. 7184)
DEISS LAW, PC
10 West 100 South, Suite 700
Salt Lake City, UT 84101
Email: adeiss@deisslaw.com
Tel: 801-433-0226

Billie Siddoway (USB No. 9710)
SIDDOWAY LAW OFFICE, PLLC
P.O. Box 704
253 South Main Street
Driggs, ID 83422
billie@siddowaylaw.com
Tel: (208) 354-0440

*Attorneys for Tyler Sycamore and Wild Grains Bakery, LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EARTHGRAINS BAKING COMPANIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> LELAND SYCAMORE, *et al.*, <br><br> Defendants. | **CERTIFICATE OF SERVICE** <br><br> Case No. 2:09-CV-523-DAK <br><br> Judge Dale A. Kimball |

The undersigned hereby certifies that on 22nd day of October, 2013 a true and correct copy of RESPONSE TO INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS and this certificate were caused to be sent by electronic mail to the following:

| | |
|---|---|
| Raymond J. Etcheverry<br>  retcheverry@parsonsbehle.com<br>Margaret Niver McGann<br>  mmcgann@parsonsbehle.com<br>Parsons Behle & Latimer<br>201 South Main Street, Suite 1800<br>Salt Lake City, UT 84111<br><br>Charles A. Burke<br>  cburke@wcsr.com<br>Womble Carlyle Sandridge & Rice<br>One West Fourth Street<br>Winston-Salem, NC 27101<br><br>Sean Egan<br>  seanegan@sneganlaw.com<br>215 South 8th Street, Suite 950<br>Salt Lake City, UT 84111 | Christopher S. Hill<br>  chill@kmclaw.com<br>Matthew K. Richards<br>  mrichards@kmclaw.com<br>KIRTON MCCONKIE<br>P.O. Box 545120<br>Salt Lake City, UT 84145<br><br>Steven M. Wilker<br>  steven.wilker@tonkon.com<br>David S. Aman<br>  david.aman@tonkon.com<br>Eric C. Beach<br>TONKON TORP LLP<br>888 SW Fifth Ave, Suite 1600<br>Portland, OR 97204 |

Date: October 22, 2013.

SIDDOWAY LAW OFFICE, PLLC


/s/ Billie J. Siddoway
By: Billie J. Siddoway
*Co-Counsel for Wild Grains Bakery, Inc.*