RAYMOND J. ETCHEVERRY (1010)
MARGARET NIVER MCGANN (7951)
JULIETTE P. WHITE (9616)
PARSONS BEHLE & LATIMER
One Utah Center
201 South Main Street, Suite 1800
Salt Lake City, UT  84111
Telephone:  (801) 532-1234
Facsimile:  (801) 536-6111

CHARLES A. BURKE (Admitted *pro hac vice*)
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
One West Fourth Street
Winston-Salem, NC  27101
Telephone:  (336) 721-3625
Facsimile:  (336) 733-8416

*Attorneys for Plaintiff EarthGrains Baking Companies, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| EARTHGRAINS BAKING COMPANIES, INC., | |
| Plaintiff, | Case No. 2:09-CV-523 |
| v. | **NOTICE OF PROPOSED ORDER UNDER FED. R. CIV. P. 72 AND DUCIVR 72-3(B) DENYING OBJECTION TO CHARGING ORDER AS UNTIMELY** |
| SYCAMORE FAMILY BAKERY INC., | |
| and | |
| LELAND SYCAMORE, | Honorable Dale A. Kimball |
| Defendants. | |

Plaintiff EarthGrains Baking Companies Inc. ("Plaintiff") respectfully submits the following Notice of Proposed Order Under FED. R. CIV. P. 72 and DUCivR 72-3(b), and in support thereof sets forth the following information for the Court's consideration:

4835-5591-7848.1

1. On February 24, 2014, Plaintiff properly filed an Application for Charging Order against the LLC interests then owned by defendant Leland Sycamore. [D.E. 344].

2. On March 6, 2014, United States Magistrate Judge Dustin B. Pead granted Plaintiff's application and entered a Charging Order Against Defendant Leland Sycamore's Interest in Sycamore Family LLC ("Charging Order"). [D.E. 345].

3. Sycamore Family LLC was first served with Plaintiff's Charging Order Against Defendant Leland Sycamore's Interest in Sycamore Family LLC on March 13, 2014, [D.E. 348].

4. Sycamore Family LLC did not file any objection or other response with the Court until June 16, 2014, more than ninety (90) days following the service of the Charging Order on Sycamore Family LLC, when Sycamore Family LLC filed its Objection To Magistrate Judge Decision ("Objection"). [D.E. 350].

5. FED. R. CIV. P. 72(a) provides in pertinent part that "A party may serve and file objections to the order within 14 days after being served with a copy[,]" but that "A party may not assign as error a defect in the order not timely objected to." DUCivR 72-3(b) further provides that "If no order denying the motion or setting a briefing schedule is filed within 14 days after the objection is filed, the non-moving party shall submit to the judge a proposed order denying the objection."

WHEREFORE, in accordance with the foregoing authority and as a result of the untimely objection filed by Sycamore Family LLC, the Objection filed by Sycamore Family LLC should be denied in full by way of entry of the attached Proposed Order that has been prepared for the Court in accordance with the requirements of DUCivR 72-3(b).

4835-5591-7848.1

Respectfully submitted, this the 30th day of June, 2014.

/s/ Charles A. Burke
Charles A. Burke (*pro hac vice*)

*Of Counsel:*
WOMBLE CARLYLE SANDRIDGE & RICE, LLP
One West Fourth Street

Raymond J. Etcheverry
Winston-Salem, North Carolina 27101
Margaret Niver McGann
Telephone: (336) 721-3625
Juliette P. White
Facsimile: (336) 733-8416
PARSONS BEHLE & LATIMER
cburke@wcsr.com
201 South Main Street
Suite 1800
Salt Lake City, Utah 84111
Phone: (801) 532-1234
Fax: (801) 536-6111
retcheverry@parsonsbehle.com
mmcgann@parsonsbehle.com
jwhite@parsonsbehle.com         *Attorneys for Defendant*
*EarthGrains Baking Companies, Inc.*

3

# CERTIFICATE OF SERVICE

I hereby certify that on June 30th, 2014, the foregoing **NOTICE OF PROPOSED ORDER UNDER FED. R. CIV. P. 72 AND DUCIVR 72-3(B) DENYING OBJECTION TO CHARGING ORDER AS UNTIMELY** and **PROPOSED ORDER DENYING SYCAMORE FAMILY LLC'S OBJECTION TO MAGISTRATE DECISION AS UNTIMELY** were served by Plaintiff EarthGrains Baking Companies, Inc., via the CM/ECF filing system on the following:

>Christopher S. Hill
>Matthew Richards
>KIRTON MCCONKIE
>50 E. South Temple, Suite 400
>Salt Lake City, UT 84111
>chill@kmclaw.com
>mrichards@kmclaw.com
>
>Steven M. Wilker
>David S. Aman
>Eric C. Beach
>TONKON TORP LLP
>1600 Pioneer Tower
>888 SW Fifth Avenue
>Portland, OR 97204
>(503) 221-1440
>steven.wilker@tonkon.com
>david.aman@tonkin.com
>eric.beach@tonkon.com
>
>*Counsel for United States Bakery, Inc.*
>
>Sean N. Egan
>Parkside Tower, Suite 950
>215 S. State Street
>Salt Lake City, UT 84111
>(801) 363-5184
>seannegan@sneganlaw.com
>
>Morgan T. Fife
>2520 N. University Ave. STE 50

4835-5591-7848.1

Provo, UT 84604
(801) 473-4877
morgan@fifelaw.net

*Counsel for Leland Sycamore*

Andrew G. Deiss
10 W. 100 South, Suite 700
Salt Lake City, UT 84101
(801) 433-0226
adeiss@deisslaw.com

Billie J. Siddoway
SIDDOWAY LAW OFFICE, PLLC
PO Box 704
Driggs, ID 83422
billie.siddoway@gmail.com

*Counsel for Tyler Sycamore and Wild Grains Bakery, LLC*

Randall L. Jeffs
JEFFS & JEFFS
90 N 100 E
PO BOX 888
PROVO, UT 84603
(801) 373-8848
rzjeffs@jeffslawoffice.com

*Counsel for Sycamore Family LLC and Jeri Sycamore*

/s/ Charles A. Burke

4835-5591-7848.1