## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | | |
|---|---|---|
| EARTHGRAINS BAKING COMPANIES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:09-CV-523 |
| | ) | |
| v. | ) | |
| | ) | **ORDER DENYING SYCAMORE FAMILY** |
| SYCAMORE FAMILY BAKERY INC., | ) | **LLC'S OBJECTION TO MAGISTRATE** |
| | ) | **DECISION AS UNTIMELY** |
| and | ) | |
| | ) | Honorable Dale A. Kimball |
| LELAND SYCAMORE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the Court upon Plaintiff's Notice of Proposed Order. [D.E. 351]. Movant Sycamore Family LLC was first served with Plaintiff's Charging Order Against Defendant Leland Sycamore's Interest in Sycamore Family LLC [D.E. 345] on March 13, 2014, [D.E. 348]. Sycamore Family LLC did not file any objection or other response with the Court until June 16, 2014. [D.E. 350]. It now appearing to the Court that Sycamore Family LLC's objection is therefore untimely under FED. R. CIV. P. 72(a) and DUCivR 72-3(b), Sycamore Family LLC's Objection To Magistrate Judge Decision [D.E. 350] is hereby DENIED.

IT IS SO ORDERED.

This the 14th day of July, 2014.

HONORABLE DALE A. KIMBALL
U.S. District Court